| | |
|---|---|
| DATE: March 3, 2010 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: Lansing Clerk's office (prepared by cmi) | **memorandum** |

SUBJECT: Possibly Related Case

CASE NUMBER: 1:10-cv-172, 173, 174, 175, 176, 177, 178, 179, 180, 181

CASE CAPTION: Various parties v. Boar's Head Provisions Co., Inc.

TO: Magistrate Judge Scoville

FILED - GR
March 4, 2010 11:18 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:/cmi/

Clerks office staff noticed this case may be related to the case listed below:

Judge Robert Holmes Bell    Case Number  1:09-cv-298

Case Number _____

Case Number _____

____ Case is related     ____ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

____ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

____ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

____ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: After plaintiffs were denied collective action certification in 09-298, these actions were filed on behalf of new discreet classes

Dated: 3/3/10         Signature: [signature]

_K_ Direct assignment performed
____ Random assignment performed

Initials: /pw/     Date: 3-4-10